STATE OF NEW JERSEY v. ROBERT G. REIBOLDT, JR.

February 27, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL GOMEZ.

February 27, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD K. WILLIAMS.

February 27, 1987.

Petition for certification denied.   (See 213 *N.J.Super.* 30)

STATE OF NEW JERSEY v. JAMES STECZ.

February 27, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. D.R.

February 27, 1987.

Petition for certification granted.   (See 214 *N.J.Super.* 278)